IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| C.H. KINSEY and JANIE L. KINSEY, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:10cv986-MHT (WO) |
| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA, | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

Plaintiffs filed this lawsuit asserting violations of their constitutional rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed. Also before the court are plaintiffs' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of January, 2011.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**